# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| NELSON ROSSY, MICHELLE ROSSY §<br>　　　Plaintiffs, §<br>v. §<br>BAC HOME LOANS SERVICING LP §<br>f/k/a COUNTRY WIDE HOME LOANS §<br>SERVICING LP; FEDERAL HOME §<br>LOAN MORTGAGE CORPORATION; §<br>NATIONAL DEFAULT EXCHANGE, LP; §<br>G. THOMAS BASTION, Trustee; §<br>GREG BERTRAND, Trustee; §<br>MORTGAGE ELECTRONIC §<br>REGISTRATION SYSTEMS, §<br>INC. ("MERS") as nominee; §<br>SHANE MCCASLIN, Trustee. §<br>　　　Defendants. § | Case No. 4:10-cv-444 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 10, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Pro Se Plaintiffs' "Motion to Remand and Denying Motion to Move" (Dkt. 8) should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

1

of the court. Therefore, Pro Se Plaintiffs' "Motion to Remand and Denying Motion to Move" (Dkt. 8) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of February, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE